CM/ECF volpmd
(Rev. 01/03/17)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| In Re: Bobbie Mike Jenkins | ) | Case No.: 25−12428−SDM |
| Debtor(s) | ) | Chapter: 7 |
| | ) | Judge: Selene D. Maddox |
| | ) | |
| | ) | |

## ORDER AND NOTICE AS TO DEFICIENCY(IES) AND PROPOSED DISMISSAL OF CASE

Pursuant to the U.S. Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Uniform Local Rules, and standing orders, the Debtor(s) has 14 days from the date of filing the above−captioned case to file the required paperwork and pay fees as applicable. The Court will not routinely grant extensions of time to file such paperwork. A motion for extension must be supported by good cause.

In order for this case to be administered, it is necessary that the documents described below be filed within 14 days:

Aty Disclosure Stmt. due 08/14/2025
Summary of Schedules due 08/14/2025
Schedule A/B due 08/14/2025
Schedule C due 08/14/2025
Statement of Financial Affairs due 08/14/2025
Schedule D due 08/14/2025
Ch 7 − Proper 122A form(s) due 08/14/2025
Schedule E/F due 08/14/2025
Schedule G due 08/14/2025
Schedule H due 08/14/2025
Schedule I due 08/14/2025
Sch J (and J−2 If Applicable) due 08/14/2025

If the required paperwork and/or fees are not timely filed and/or paid by 8/14/25 the Court will enter an ex parte order dismissing the case without further hearing.

Dated and Entered: 7/31/25

Selene D. Maddox
Judge, U.S. Bankruptcy Court

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-12428-SDM |
| Bobbie Mike Jenkins | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 1 |
| Date Rcvd: Jul 31, 2025 | Form ID: ntcdef | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2025:**

**Recip ID        Recipient Name and Address**
db            +  Bobbie Mike Jenkins, 2422 County Barn Rd, Louise, MS 39097-3129

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2025                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2025 at the address(es) listed below:

**Name**                **Email Address**

Miranda L Williford
                tonya341@hotmail.com;MLWECF@gmail.com;MLWilliford@ecf.axosfs.com;courtecfemails@gmail.com

Thomas C. Rollins, Jr.
                on behalf of Debtor Bobbie Mike Jenkins trollins@therollinsfirm.com
                jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee
                USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 3