Certificate Number: 17082-MSN-DE-040268390

Bankruptcy Case Number: 25-12428



17082-MSN-DE-040268390

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 2, 2025, at 9:02 o'clock AM MST, BOBBIE M JENKINS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date:   November 3, 2025               By:   /s/Orsolya K Lazar

                                        Name:   Orsolya K Lazar

                                        Title:   Executive Director